IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Napier,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-09-02386-PHX-ROS<br><br>**ORDER** |

　　　　On December 2, 2010, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") on Petitioner's Petition for Writ of Habeas Corpus. (Doc. 21). On December 13, 2010, Petitioner filed a document stating he objected to the Magistrate Judge's conclusions and he needed more time to file additional objections. Petitioner was directed to file his objections no later than February 1, 2011. Petitioner did not file any further objections by that date.

　　　　A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). Objections must be *specific*. Fed. R. Civ. P. 72(b)(2). "[G]eneral, non-specific objections" are not sufficient to require the District Court "conduct

*de novo* review of the entire R & R." *Sullivan v. Schriro*, 2006 WL 1516005 (D. Ariz.). Because Petitioner did not file any "specific written objections" to the R & R, the R & R will be adopted in full. Fed. R. Civ. P. 75(b)(2).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED**. The request for a writ of habeas corpus (Doc. 1) is **DENIED**. The Clerk shall close this case.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 25th day of February, 2011.

Roslyn O. Silver
Chief United States District Judge